JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-09448-JHN-SHx | Date | January 3, 2011 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Elry Lucas and Karen Lucas | | |

Present: The Honorable     JACQUELINE H. NGUYEN

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not present      Not present

**Proceedings:**   ORDER REMANDING CASE TO STATE COURT   (In Chambers)

Defendants removed this action to federal court on December 9, 2010. (Docket No. 1.) The underlying action was originally filed in state court and was previously removed to federal court as Case No. 2:10-cv-03287-JHN-SHx. The Court remanded that action to state court on June 16, 2010.

The new notice of removal is based on the same complaint—filed February 24, 2010, for unlawful detailed in Los Angeles Superior Court, case number 100U00282 —as that underlying the notice of removal of the prior federal action. Defendants' second attempt to remove this case is untimely. Under 28 U.S.C. § 1446(b), a notice of removal must be filed within 30 days after the defendant receives "a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" or after the defendant receives "an amended pleading, motion, order or other paper" indicating that an action not initially removable has become removable. Here, the state court complaint was filed February 24, 2010, and Defendants were served with copies of the complaint on May 29, 2010. (Notice of Removal ¶ 4.) Thus, the 30-day window closed long ago.

Therefore, IT IS ORDERED that this case be REMANDED to the Los Angeles Superior Court.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |